UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ST. PAUL FIRE & MARINE INSURANCE
COMPANY, a foreign corporation,

    Plaintiff,

v.

ROSEN MILLENNIUM INC., d/b/a/ ROSEN
MILLENNIUM TECHNOLOGY, GROUP, a
Florida corporation, and ROSEN HOTELS &
RESORTS, INC., a Florida corporation,

    Defendants.

CASE NO. 6:17-CV-540-ORL-41-GJK

## JOINT MOTION FOR CONTINUANCE OF TRIAL AND EXTENSION OF TIME FOR RELATED DEADLINES

Plaintiff, ST. PAUL FIRE & MARINE INSURANCE COMPANY ("St. Paul") and Defendants, ROSEN MILLENNIUM INC., d/b/a/ ROSEN MILLENNIUM TECHNOLOGY, GROUP ("Millennium") and ROSEN HOTELS & RESORTS, INC. ("Hotel") (collectively, the "Parties") hereby file this Joint Motion for Continuance of Trial, and extension of time to complete the In Person Meeting to Prepare Joint Final Pretrial Statement and to File the Joint Final Pretrial Statement, and in support thereof state as follows:

1. The Trial Term in this matter is currently set to begin on October 1, 2018.

2. The Parties are seeking a continuance of trial until a later date in order to fully and thoroughly prepare for trial and in order to engage in meaningful settlement negotiations.

3. Per the Court's Case Management and Scheduling Order [D.E. 20], the Discovery deadline was initially March 15, 2018. However, per the Court's Order Granting in Part and Denying in Part Defendants' Motion to Compel the Production of Documents and Responses and

Rule 30(b)(6) Testimony [D.E. 81], the Court allowed further Discovery in this case, including production of documents, responses to Requests for Production, and a deposition pursuant to 30(b)(6) until July 11, 2018. The Court also granted Defendants' Motion for Leave to File a Supplemental Response to Plaintiff's Motion for Summary Judgment by July 25, 2018 [D.E. 88], which Defendants filed.

4. In light of the aforementioned further Discovery and briefing, the Parties need additional time to properly and thoroughly prepare for trial.

5. Furthermore, the Parties have expressed an interest in engaging in settlement negotiations prior to trial. In order to engage in meaningful settlement negotiations, the Parties need more time and availability instead of rushing in order to prepare for an upcoming trial.

6. Per the Court's Case Management and Scheduling Order [D.E. 20], the deadline for In Person Meeting to Prepare Joint Final Pretrial Statement is September 4, 2018 and the deadline to file the Joint Final Pretrial Statement is September 14, 2018.

7. For similar reasons as those stated above for the request for continuance of trial, the Parties request an extension of time for the deadlines to complete the In Person Meeting to Prepare Joint Final Pretrial Statement and to file the Joint Final Pretrial Statement.

8. The Parties have conferred and agree to the relief sought herein.

9. This request for extension of time is sought in good faith and not for purposes of prejudice or delay.

WHEREFORE, and for the foregoing reasons, the Parties respectfully request this Court enter an Order Continuing Trial and Extending the deadlines to complete the In Person Meeting to Prepare Joint Final Pretrial Statement and to file the Joint Final Pretrial Statement.

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

The undersigned counsel for all parties hereby certify that they have collectively conferred in a good-faith effort to resolve the issues raised by this motion and have agreed on the substance of this motion.

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 3.09(d)**

The undersigned counsel for all parties hereby certify that they have informed their respective Parties of this motion, which have consented to it.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

|  | Respectfully submitted, |
|---|---|
| /s/ Scott N. Godes | /s/ Rory Eric Jurman |
| Scott N. Godes | Rory Eric Jurman |
| *Pro Hac Vice* | Fla. Bar No. 194646 |
| BARNES & THORNBURG LLP | Email: rjurman@fowler-white.com |
| 1717 Pennsylvania Ave., N.W. | |
| Suite 500 | Steven S. Cula |
| Washington, DC 20006 | Fla. Bar No. 1002949 |
| Telephone:   (202) 289-1313 | Email: scula@fowler-white.com |
| Facsimile:      (202) 289-1330 | |
| Email: scott.godes@btlaw.com | FOWLER WHITE BURNETT, P.A. |
| | One Financial Plaza, Suite 2100 |
| Carrie M. Raver | 100 Southeast Third Avenue |
| *Pro Hac Vice* | Fort Lauderdale, Florida 33394 |
| BARNES & THORNBURG LLP | Telephone:   (954) 377-8100 |

888 S. Harrison Street, Suite 600
Fort Wayne, IN 46802
Telephone:    (260) 423-9440
Facsimile:    (260) 424-8316
Email: carrie.raver@btlaw.com

Darryl R. Richards
Fla. Bar No. 348929
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
SunTrust Financial Centre
401 E. Jackson Street, Suite 3100
Tampa, FL 33602
Telephone:    (813) 225-2500
Facsimile:    (813) 223-7118
Email:            darrylr@jpfirm.com, gwenb@jpfirm.com

*Counsel for Defendants*

Facsimile:    (954) 377-8101

*Counsel for the Plaintiff*