UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:17-CV-540-ORL-41-CEM-GJK

ST. PAUL FIRE & MARINE INSURANCE
COMPANY, a foreign corporation,

       Plaintiff,

v.

ROSEN MILLENNIUM INC., d/b/a/ ROSEN
MILLENNIUM TECHNOLOGY, GROUP, a
Florida corporation, and ROSEN HOTELS &
RESORTS, INC., a Florida corporation,

       Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff, ST. PAUL FIRE & MARINE INSURANCE COMPANY ("St. Paul"), by and

through undersigned counsel, hereby moves this Court pursuant to Rule 58 of the Federal Rules

of Civil Procedure, to enter a final judgment in the above captioned case, and as grounds states

as follows:

1.      On September 28, 2018, the Court entered an Order granting in part St. Paul's

Motion for Summary Judgment. [D.E. 107].

2.      The Court's Order directs the Clerk to enter a declaratory judgment in favor of St.

Paul, providing that St. Paul has no duty to defend Rosen Millennium, Inc. ("Millennium")

regarding the claim brought by Rosen Hotels & Resorts, Inc. ("RHR") under the personal injury

provisions of the Commercial General Liability ("CGL") policies issued by St. Paul. [D.E. 107].

3.     The Court's Order further denies the rest of the pending motions as moot and directs the Clerk to close this case. [D.E. 107].

4.     On October 1, 2018, the Clerk entered a Declaratory Judgment in favor of St. Paul providing that St. Paul has no duty to defend Millennium regarding the claim brought by RHR under the personal injury provisions of the CGL policies. [D.E. 108].

5.     As a result of the Court's Order and the Clerk's entry of Declaratory Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, St. Paul is entitled to Final Judgment on this matter.

WHEREFORE, Plaintiff, ST. PAUL FIRE & MARINE INSURANCE COMPANY, moves this Court to enter a Final Judgment in this case, and grant any further relief the Court deems just and proper.

## LOCAL RULE 3.01 CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for St. Paul has conferred with counsel for the Defendants regarding the contents of this motion, and counsel for the Defendants has advised that he does not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, the foregoing document was mailed to be filed with the Clerk of the Court.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

CASE NO. 6:17-CV-540-ORL-41-CEM-GJK

- 3 -

Respectfully submitted,

/s/Rory Eric Jurman
Rory Eric Jurman
Fla. Bar No. 194646
Email: rjurman@fowler-white.com

Steven S. Cula
Fla. Bar No. 1002949
Email: scula@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:    (954) 377-8100
Facsimile:    (954) 377-8101
***Counsel for the Plaintiff***

- 4 -

**SERVICE LIST**

CASE NO. 6:17-CV-540-ORL-41-CEM-GJK

Scott N. Godes, Esq.
Barnes & Thornburg LLP
1717 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20006-4623
E-Mail: scott.godes@btlaw.com;
Carrie.Raver@btlaw.com
Telephone: (202) 408-6928
Facsimile: (202) 289-1330
Attorney for Defendants

Darryl R. Richards, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, LLP
Sun Trust Financial Centre
401 E. Jackson Street, Suite 3100
Tampa, FL 33602
E-Mail: darrylr@jpfirm.com;
gwenb@jpfirm.com
Telephone: (813) 225-2500
Facsimile: (813) 223-7118
Attorney for Defendants