**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ST. PAUL FIRE & MARINE INSURANCE
COMPANY, a foreign corporation,

    Plaintiff,

v.                                              CASE NO. 6:17-CV-540-ORL-41-GJK

ROSEN MILLENNIUM, INC., d/b/a/ ROSEN
MILLENNIUM TECHNOLOGY GROUP, a
Florida corporation, and ROSEN HOTELS &
RESORTS, INC., a Florida corporation,

    Defendants.

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants, ROSEN MILLENNIUM, INC. D/B/A ROSEN MILLENNIUM TECHNOLOGY GROUP and ROSEN HOTELS & RESORTS, INC. (collectively, "Defendants"), pursuant to Fed.R.App.P. 3&4 and 28 U.S.C. §1291, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Declaratory Judgment in a Civil Case entered October 1, 2018 (Dkt. 108), attached hereto as Exhibit "A," and Order entered September 28, 2018 (Dkt. 107), attached hereto as Exhibit "B." All orders and proceedings in the District Court are, therefore, properly before this Court for review. *Barfield v. Brierton*, 883 F.2d 923, 931 (11th Cir. 1989).

Dated: October  18 , 2018                                    Respectfully submitted,

                                                  JOHNSON, POPE, BOKOR,
                                                  RUPPEL & BURNS, LLP

By:   /s/ *Frank R. Jakes*
     **FRANK R. JAKES**
     Florida Bar No. 372226
     **DARRYL R. RICHARDS**
     Florida Bar No. 348929
     SunTrust Financial Centre
     401 E. Jackson Street, Suite 3100
     Tampa, FL 33602
     (813) 225-2500 (Telephone)
     (813) 223-7118 (Facsimile)
     FrankJ@jpfirm.com
     DarrylR@jpfirm.com
     *Attorneys for Defendants*

Of Counsel:

BARNES & THORNBURG LLP

Scott N. Godes (*pro hac vice*)                                   Carrie M. Raver (*pro hac vice*)
1717 Pennsylvania Avenue, N.W.                         888 S. Harrison Street, Suite 600
Suite 500                                                                   Fort Wayne, IN  46802
Washington, DC 20006                                          (260) 425-4652
(202) 289-1313                                                          (260) 424-8316 FAX
(202) 289-1330 FAX                                                Carrie.Raver@btlaw.com
Scott.Godes@btlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF APPEAL** has been electronically filed with the Clerk of the Court by using the CM/ECF system this  18th  day of October, 2018, which will send a notice of electronic filing to:

>RORY E. JURMAN, ESQ.
>STEPHEN S. CULA, ESQ.
>Fowler White Burnett, P.A.
>One Financial Plaza, Suite 2100
>100 Southeast Third Avenue
>Fort Lauderdale, FL 33394-0002
>rjurman@fowler-white.com
>SCula@fowler-white.com
>*Attorneys for Plaintiff*

>  /s/ *Frank R. Jakes*
> FRANK R. JAKES, ESQ.
> Florida Bar No. 372226
> *Attorneys for Defendants*

4911507_1