# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 08, 2020

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 18-14427-AA
Case Style: St. Paul Fire & Marine Ins. v. Rosen Hotels & Resorts, Inc., et al
District Court Docket No: 6:17-cv-00540-CEM-GJK

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: T. L. Searcy, AA
Phone #: (404) 335-6180

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-14427-AA
_____

ST. PAUL FIRE & MARINE INSURANCE COMPANY,
a foreign corporation,

                Plaintiff -
                Counter Defendant -
                Appellee,

versus

ROSEN HOTELS & RESORTS, INC.,
a Florida corporation,
d.b.a. Rosen Millennium Technology Group,

                Defendant -
                Counter Claimant -
                Appellant,

ROSEN HOTELS & RESORTS, INC.,

                Defendant - Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

Before: JILL PRYOR, GRANT and ANDERSON, Circuit Judges.

BY THE COURT:

The parties' joint motion to voluntarily dismiss appeal is GRANTED.